**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
JOSE AGUILAR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOSE AGUILAR, | Case No.: 2:16-cv-7770 |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| DEPARTMENT STORES NATIONAL BANK, | |
| Defendant. | |

NOW COMES Plaintiff, JOSE AGUILAR, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATE: December 12, 2016         WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of said filing was transmitted by email to the following:

Chad D. Silker
Macy's
111 Boulder Industrial Drive, 2nd Fl
Bridgeton, MO 63044
Chad.silker@macys.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal